## STATE OF CONNECTICUT *v.* HERIBERTO LOPEZ

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 434 (AC 14042), is granted, limited to the following issue:

"Whether the Appellate Court properly upheld the trial court's exclusion of a third party confession?"

The Supreme Court docket number is SC 15320.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Jack W. Fischer,* assistant state's attorney, in opposition.

Decided October 5, 1995

## STATE OF CONNECTICUT *v.* WALTER DAVIS

The state of Connecticut's petition for certification for appeal from the Appellate Court, 38 Conn. App. 621 (AC 13291), is denied.

*Christopher T. Godialis,* deputy assistant state's attorney, in support of the petition.

*James P. Ginocchio,* assistant public defender, in opposition.

Decided October 5, 1995

## NANCY WANNAGOT *v.* CITY OF SHELTON

The plaintiff's petition for certification for appeal from the Appellate Court, 38 Conn. App. 754 (AC 13733), is denied.

*William J. Curran,* in support of the petition.

*James T. Baldwin,* in opposition.

Decided October 5, 1995